# NOTICE OF CHANGE OF ADDRESS

Please enter the change of address set forth below in the records of:

**Case Name**  Michael Eugene McHenry

**Case No.**  10-20760    **Related Adversary Case No.** _____

Check Appropriate Role Of Party The Address Change Will Affect:
✓  Debtor       __  Creditor

Michael Eugene McHenry
**Name Of Party - (type or print)**

### Old Address Information:

7726 Shawnee Trail
*Old* Street Address, Rural Route or Post Office Box - (type or print)

Yuca, CA 92284
*Old* City, State and Zip Code - (type or print)

### New Address Information:

1016 Layton Drive
**New -** Street Address, Rural Route or Post Office Box - (type or print)

| Olathe | | KS | 66061 |
|---|---|---|---|
| **New** - City | County | State | Zip Code - (type or print) |

Dated: 07/17/2014                        /s/ Sarah A. Sypher, KBN 21993
                                         Signature of Person Authorizing Address Change

                                         _____
                                         Signature of Joint Debtor, if applicable

**INSTRUCTIONS**

This form must be electronically filed by authorized ECF Filers. All other parties must complete the form and cause it to be mailed or delivered to the appropriate Bankruptcy Clerk's Office:

| Bankruptcy Clerk's Office | Bankruptcy Clerk's Office | Bankruptcy Clerk's Office |
|---|---|---|
| 401 N. Market Rm 167 | 500 State Ave Rm 161 | 444 SE Quincy Rm 240 |
| Wichita KS 67202 | Kansas City KS 66101 | Topeka KS 66683 |

Revised 05/30/08